UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAXIMO SANCHEZ,

                              Petitioner,

        -against-

BRIAN FISCHER, Superintendent of
Sing Sing Correctional Facility,

                              Respondent.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 2028 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 17 2005 ★
BROOKLYN OFFICE

       A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 30, 2004, dismissing the petition for a writ of habeas corpus on the merits; and ordering that no Certificate of Appealability is granted since no constitutional issue is raised; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed on the merits; and that no Certificate of Appealability is granted since no constitutional issue is raised.

Dated: Brooklyn, New York
         October 14, 2005

                                                                 ROBERT C. HEINEMANN
                                                                 Clerk of Court