UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
COREY SPEARS,

                    Petitioner,

-against-

ELIOT SPITZER, State of New York, Attorney General; CHARLES GREINER, Superintendent of Green Haven Correctional Facility,

                    Respondents.
-----------------------------------------------------------------X

JUDGMENT
02-CV-2301 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 17 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on March 16, 2005, denying the petition for a writ of habeas corpus; and granting a Certificate of Appealability on the *Allen* charge issue; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability is granted on the *Allen* charge issue.

Dated: Brooklyn, New York
        October 14, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court