UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMAL SCOTT,

                Petitioner,

    -against-

WILLIAM H. PHILLIPS, Superintendent of
Shawangunk Correctional Facility,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 5490 (JBW)

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on January 5, 2005, dismissing the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted since no constitutional right was denied; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed; and that no Certificate of Appealability is granted since no constitutional right was denied.

Dated: Brooklyn, New York
         October 14, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court