UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RODNEY COX,                                                    JUDGMENT
                                                               99-CV-8216 (JBW)
                    Plaintiff,

         -against-

EDWARD R. DONNELLY,
Superintendent of Wende Correctional
Facility; and ELIOT SPITZER, New York
State Attorney General,

                    Respondents.
------------------------------------------------------------------X

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 9, 2004, granting the petition for a writ of habeas corpus; ordering that the petitioner shall be released unless within sixty days the state commences prosecution or takes other action appropriate in light of this decision; and directing that this decision is stayed until all appellate proceedings are completed and a final mandate is received by this Court; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; that the petitioner be released within sixty days unless the state commences prosecution or takes other action appropriate in light of this decision; and that this decision is stayed until all appellate proceedings are completed and a final mandate is received by this Court.

Dated: Brooklyn, New York
       October 18, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court