UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BERNARD MOSS,

                               Petitioner,

   -against-

ELIOT SPITZER, Attorney of the State
New York, CHARLES GREINER, Superintendent,
Green Haven Correctional Facility,

                             Respondents.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 5819 (JBW)

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 16, 2004, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of petitioner's claims; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of petitioner's claims.

Dated: Brooklyn, New York
        October 14, 2005

                                                            ROBERT C. HEINEMANN
                                                            Clerk of Court